# N.W. Bernstein & Associates, LLC

800 Westchester Avenue, Suite N319 · Rye Brook, New York 10573 · (914) 358-3500 · Fax: (914) 701-0707

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/25/2022
```

The Honorable Nelson S. Román
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

May 24, 2022

Defendant is directed to respond on or before
May 26, 2022 at 10am.

Dated: May 25, 2022

White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Re:     *White Plains Housing Authority v. BP Products North America Inc., Marianina Oil
        Corp., and Atlantic Richfield Company*, Case No. 17-cv-6250 (NSR-JCM) [re. 13-
        cv-6282]

Dear Judge Román:

        Although the hearing in the above-entitled matter was held before Your Honor on
May 6, 2022, and today is May 24, 2022, counsel for Marianina has not proposed any language
change to the purchase and sale agreement for the former BP Station that would address the
concerns of the White Plains Housing Authority ("WPHA") as referenced at the hearing.
(Transcript pp. 23:12-25:22; 29:18-22; 30:6-11; 31:21-32:5; 33:16-34:5).

        What has happened is that the White Plains Hospital (the "Hospital") has requested that
WPHA agree to supplemental sampling on its (WPHA's) property.  The sampling is needed
because the latest data indicates that the contamination from the former BP Station has spread
well to the west and northwest on the WPHA's property beyond the plume's previously known
area of contamination.  It has already contaminated portions of WPHA's property in the vicinity
of Building 159 that was originally remediated during the Getty litigation. The Hospital on
Friday of last week indicated that it would need additional 30 days beyond the original 30 day
stay of the sale of the former BP Station that Your Honor imposed on May 6, 2022, to conduct
and evaluate the results of that sampling. That would extend the stay of sale of the former BP
Station property from June 5, 2022, through July 5, 2022.

        WPHA expects to negotiate such an access agreement consistent with the concessions
made by Mr. William Null (Chairman of the Hospital's Board) at the hearing.  (Transcript 19:
23-23:14;  33:18-39:1).  After completion of any such sampling and its evaluation, an amended
the sale agreement will need to be negotiated if this matter is to be settled.

        Accordingly, the WPHA respectfully requests that the stay of the sale of the former BP
Station be extended from June 6, 2022, through and including July 5, 2022.

N.W. Bernstein & Associates, LLC

May 24, 2022
Page 2

       We have conferred with counsel for Marianina. He takes no position as to the continued stay.

       We thank Your Honor for your attention to this matter.

                    Very Truly Yours,

                    /s/ Norman W. Bernstein

                    Norman W. Bernstein (NB123)
                    Counsel to the White Plains Housing
                    Authority

Cc: All counsel of record via ecf